No. 108. Brehm *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Burton took no part in the consideration or decision of this application. *Leo A. Rover* and *Clarence G. Pechacek* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 111. Rosenberg et al. *v.* United States; and

No. 112. Sobell *v.* United States. C. A. 2d Cir. The motion in No. 111 for leave to file brief of National Lawyers Guild, as *amicus curiae,* is denied. Certiorari denied. Mr. Justice Black is of the opinion the petitions should be granted. *Emanuel H. Bloch* for petitioners in No. 111. *Howard N. Meyer* for petitioner in No. 112. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *John R. Wilkins* for the United States. Reported below: 195 F. 2d 583.

No. 137. Burlington County Bridge Commission et al. *v.* Driscoll, Governor, et al.;

No. 184. Nongard et al., trading as Ketcham & Nongard, et al. *v.* Driscoll, Governor, et al.; and

No. 188. Bell *v.* Driscoll, Governor, et al. Supreme Court of New Jersey. Certiorari denied. Mr. Justice Black took no part in the consideration or decision of these applications. *Bennett Boskey* and *Robert L. Hood* for petitioners in No. 137. *Kenneth C. Royall, Milton M. Unger, John F. Caskey* and *Frederick W. R. Pride* for petitioners in No. 184. *Wm. A. Schnader, Bernard G. Segal* and *John E. Toolan* for petitioner in No. 188. *Theodore D. Parsons,* Attorney General of New Jersey, and *Walter D. Van Riper* for Driscoll et al.; *James D. Carpenter, Allen T. Klots, Augustus C. Studer, Jr.,*

*Harold A. Price* and *Peter H. Kaminer* for Bacon, Stevenson & Co. et al.; and *Waldron M. Ward* and *Donald B. Kipp* for the Chemical Bank & Trust Co. et al., respondents. Reported below: 8 N. J. 433, 86 A. 2d 201.

No. 143. JAROSZEWSKI *v.* CENTRAL RAILROAD CO. OF NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Isadore Glauberman* for petitioner. *Anthony T. Augelli* and *William F. Hanlon* for respondent.

No. 168. JOHNSON *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Charles J. Margiotti* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for the United States.

No. 215. FASS ET AL. *v.* GRAY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *O. John Rogge* and *Murray A. Gordon* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondent.

No. 235. WEST COAST MEAT CO. *v.* RECONSTRUCTION FINANCE CORPORATION. United States Emergency Court of Appeals. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Alexander Boskoff* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for respondent.